# WM. M. HOUSE, JR.
## Attorney at Law

Office: (903) 723-2077      Fax: (903) 723-6323      Residence: (903) 723-4213

September 5, 2013

**TWELFTH COURT OF APPEALS**
1517 West Front Street
Suite 354
Tyler, Texas 75702



FILED IN COURT OF APPEALS
12th Court of Appeals District

SEP - 6 2013

TYLER TEXAS
CATHY S. LUSK, CLERK

RE:    Joseph Earl Lovely v. The State of Texas;
      Trial Court Number:     29110

12-13-00275-CR

Dear Ms. Lusk:

Enclosed you will find the Mandate received from the Texas Criminal Court of Appeals and the Notice of Appeal in the above referenced cause.

If you have any questions feel free to contact the office.

Sincerely,

Carolyn Newgent
Legal Assistant to
Wm. M. House, Jr.
Attorney at Law

/cn

Enclosures

cc:    Doug Lowe

---

Post Office Box 1486       800 North Church       Palestine, TX 75801

BOARD CERTIFIED IN CRIMINAL LAW BY THE TEXAS BOARD OF LEGAL SPECIALIZATION

12-13-00275-CR




FILED IN COURT OF APPEALS
12th Court of Appeals District

SEP - 6 2013
elkm
TYLER TEXAS
CATHY S. LUSK, CLERK

# TEXAS COURT OF CRIMINAL APPEALS
## Austin, Texas

# M A N D A T E

**THE STATE OF TEXAS,**

TO THE **3RD DISTRICT COURT OF ANDERSON COUNTY** — GREETINGS:

Before our **COURT OF CRIMINAL APPEALS**, on the **JULY 24, 2013**, the cause upon an Application for Writ of Habeas Corpus styled:

## JOSEPH EARL LOVELY

CCRA No. **WR-79,208-02**

Tr. Crt. No. **29110-B**

was determined; and therein our said **COURT OF CRIMINAL APPEALS** made its order in these words: "This cause came on to be heard on the Application for Writ of Habeas Corpus, and the same being considered, because it is the Opinion of this Court that the relief prayed for should be Granted, it is **ORDERED, ADJUDGED AND DECREED** that an **out-of time appeal** is **GRANTED**, in accordance with the Opinion of this Court, and that this Decision be certified below for Observance."

**WHEREFORE,** We command you to observe the order of our said **COURT OF CRIMINAL APPEALS** in this behalf and in all things have it duly recognized, obeyed and executed.

WITNESS, **THE HONORABLE SHARON KELLER,** Presiding Judge

of our said **COURT OF CRIMINAL APPEALS,**

with the Seal thereof annexed, at the City of Austin,

on this day **Monday, August 19, 2013.**

**ABEL ACOSTA,** Clerk

_Deana Williamson_ , Deputy Clerk

Deana Williamson

